**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOSHUA M. HUNT, | § |
| | § |
| Petitioner, | § |
| | § |
| *versus* | §    CIVIL ACTION NO. 1:26-CV-65 |
| | § |
| SHERIFF, JEFFERSON COUNTY, | § |
| | § |
| Respondent. | § |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Joshua M. Hunt, a prisoner confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On June 17, 2026, the magistrate judge recommended dismissing the Petition without prejudice. Proper notice was sent to Petitioner at his last known address. *See* FED. R. CIV. P. 5(b)(2)(C). To date, the parties have not filed objections to the magistrate judge's Report and Recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#6) is **ADOPTED**.  A final judgment will be entered in accordance with this Order.

SIGNED at Beaumont, Texas, this 9th day of July, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE